Dismissed and Memorandum Opinion filed February 17, 2005









Dismissed and Memorandum Opinion filed February 17,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00794-CV

____________

 

DOROTHY SASSER and RANDY LUNDY, Appellants

 

V.

 

JESSICA MCBRIDE,
Appellee

 



 

On Appeal from the 239th District
Court

Brazoria County,
Texas

Trial Court Cause No.
24,998

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed April 27, 2004. The
clerk=s record was filed on October 6,
2004.  No reporter=s record was taken.  No brief was filed.

On January 6, 2005, this Court issued an order stating that
unless appellants submitted their brief, together with a motion reasonably
explaining why the brief was late, on or before January 21, 2004, the Court
would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).

Appellants filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 17, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.